IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ELI BROWN, III,                         )
                                        )
    Plaintiff,                         )
                                        )
v.                                      )         1:02CV00862
                                        )
MICHAEL C. FLOWERS, a/k/a               )
"MIKE CITY,"                            )
                                        )
    Defendant.                         )
_____ )

## JUDGMENT

TILLEY, Chief Judge

For the reasons set forth in a contemporaneously filed Memorandum Opinion, the Defendant's Motion for Summary Judgment [Doc. # 27] is GRANTED.

This the day of September 14, 2005

                                                               /s/ N. Carlton Tilley, Jr.
                                                United States District Judge